W. Thomas Fagan
Kelvin H. Kaneshiro
Reinwald, O'Connor & Playdon LLP
Pacific Guardian Center – Makai Tower
733 Bishop Street, 24th Floor
Honolulu, HI 96813-4070
Telephone: (808) 524-8350
Facsimile: (808) 531-8628

Ray Tamaddon (pro hac vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone: (213) 833-3200
Facsimile: (213) 833-3230

Attorneys for Plaintiff and Counterclaim Defendant
PACIFIC EMPLOYERS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>Defendants.<br><br>―――――――――――<br><br>SERVCO PACIFIC, INC., a Hawaii corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Counterclaim Defendant. | Civil No. CV01-00252 SPK-KSC<br><br>**NOTICE OF HEARING OF MOTION; PLAINTIFF AND COUNTERCLAIM DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AND COUNTERCLAIMANT SERVCO PACIFIC, INC.; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE**<br><br>Date: APR 1 1 2003<br>Time: 10:00 a—<br>Judge: Hon. Samuel P. King<br><br>Trial: April 8, 2003 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 26 2003
at 3 o'clock and 26 min. __ M.
WALTER A. Y. H. CHINN, CLERK

LODGED
FEB 26 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## NOTICE OF HERARING OF MOTION FOR PARTIAL SUMMARY JUDGMENT

TO:

Margery S. Bronster
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(808) 524-5644

Roy F. Hughes
Ross N. Taosaka
Hughes & Taosaka
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, HI 96813
(808) 526-9744

PLEASE TAKE NOTICE that the following Motion for Partial Summary Judgment will be heard before the Honorable Samuel P. King, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on ____APR 1 1 2003____ at _10:00_ o'clock _a_.m., or as soon thereafter as counsel can be heard.

DATED:    Honolulu, Hawaii, __10/31/02__

BERMAN & AIWASIAN

By_____
Ray Tamaddon
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

2