IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>　　　　Defendants. | Civil No. CV01-00252 SPK-KSC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AND COUNTERCLAIMANT SERVCO PACIFIC, INC.** |
| SERVCO PACIFIC, INC., a Hawaii corporation,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>　　　　Counterclaim Defendant. | |

## **TABLE OF CONTENTS**

I. SUMMARY OF ARGUMENT. ....................................................... 2

II. INTRODUCTION. ............................................................................ 4

III. STATEMENT OF MATERIAL UNDISPUTED FACTS. ...................... 5
    A. Servco's Acquisition Of The Leasehold At The Site And
       Discovery Of Contamination. ................................................ 5
    B. The DOH Matter. .................................................................. 6
    C. The Suit Against Servco. ...................................................... 6
    D. The PEIC Policy At Issue. .................................................... 6

IV. SUMMARY JUDGMENT IS APPROPRIATE WHERE THE
ISSUE IS A PURELY LEGAL ISSUE. .............................................. 8

V. IN HAWAII, INSURANCE CONTRACTS ARE INTERPRETED
ACCORDING TO THEIR "PLAIN, ORDINARY" MEANING. ............. 9

VI. THE POLICY AT ISSUE OBLIGATES PEIC TO DEFEND
ONLY "SUITS". ............................................................................. 10

VII. PEIC DOES NOT OWE A DUTY TO INDEMNIFY SERVCO
FOR THE DOH MATTER. ............................................................. 13

VIII. THE POLLUTION EXCLUSION APPLIES BECAUSE SERVCO
CANNOT SHOW THAT THE CONTAMINATION WAS CAUSED
BY A SUDDEN AND ACCIDENTAL EVENT. ................................. 17
    A. *"Sudden" In The Pollution Exclusion Means "Abrupt" And
       "Immediate."* ...................................................................... 17
    B. *The Fact That Servco Did Not Cause Or Intend The
       Contamination Is Irrelevant For The Purposes Of The
       Pollution Exclusion.* ........................................................... 19
    C. *Servco Bears The Burden Of Proving (1) That The
       Contamination Was Caused By A Sudden And Accidental
       Discharge And (2) The Extent To Which Any Sudden And
       Accidental Discharge Caused The Contamination For
       Which Coverage Is Sought.* ............................................... 19
       1. Servco has the burden of proving that the contamination
          was caused by a sudden and accidental discharge. ......... 19
       2. Servco also has the burden of proving the extent to
          which any alleged sudden and accidental discharge
          caused the contamination for which it seeks coverage. ..... 21
    D. *The United States Supreme Court Mandates Grant Of
       Summary Judgment Where The Opposing Party With
       The Burden Of Proof Fails To Make A Showing Sufficient
       To Establish The Existence Of An Element Essential To
       Its Case.* ........................................................................... 23

IX. CONCLUSION. ............................................................................. 24

# TABLE OF AUTHORITIES

**Cases**

**FEDERAL:**

U.S. Supreme Court

*Celotex Corp. v. Catrett*
477 U.S. 317, 106 S. Ct. 2548 (1986) ............................................. 8, 23, 24


Ninth Circuit Court of Appeals

*Aeroquip Corp. v. Aetna Cas. and Sur. Co., Inc.*
26 F.3d 893 (9th Cir. 1994) ............................................................... 20-21

*Crawford v. Ranger Ins. Co.*
653 F.2d 1248 (9th Cir. 1981) ................................................................ 9

*Smith v. Hughes Aircraft Co.*
22 F.3d 1432 (9th Cir. 1993) ................................................................ 18

*Tzung v. State Farm Fire & Cas. Co.*
873 F.2d 1338 (9th Cir. 1989) ................................................................ 8


Hawaii Federal

*CIM Ins. Corp. v. Masamitsu*
74 F. Supp. 2d 975 (D. Haw. 1999) ........................................... 2, 10, 11

*Chicago Ins. Co. v. Griffin*
817 F. Supp. 861 (D. Haw. 1993) ........................................................... 9

*State Farm Fire & Casualty Co. v. Gorospe*
106 F. Supp. 2d 1028 (D. Haw. 2000) .................................................. 13


All Other Federal

*Bituminous Casualty Corp. v. Tonka Corp.*
9 F.3d 51 (8th Cir. 1993), cert. denied, 511 U.S. 1083 (1994) .............. 18

*Cincinnati Ins. Co. v. Flanders Electric Motor Serv., Inc.*
40 F.3d 146 (7th Cir. 1994) .................................................................. 18

*Delbon Radiology v. Turlock Diagnostic Ctr.*
839 F. Supp. 1388 (E.D. Cal. 1993) ....................................................... 8

*East Quincy Services Dist. v. Continental Ins. Co.*
864 F. Supp. 976 (E.D. Cal. 1994) ....................................................... 19

*Great Lakes Container Corp. v. National Union Fire Ins. Co.*
727 F.2d 30 (1st Cir. 1984) .................................................................. 19

*Guaranty National Ins. Co. v. Vic Manufacturing Co.*
143 F.3d 192 (5th Cir. 1998) ..................................................................... 18

*Harrow Prods., Inc. v. Liberty Mutual Ins. Co.*
64 F.3d 1015 (6th Cir. 1995) ..................................................................... 18

*Macklanburg-Duncan Co. v. Aetna Casualty & Sur. Co.*
71 F.3d 1526 (10th Cir. 1995) ................................................................... 18

*New York v. AMRO Realty Corp.*
936 F.2d 1420 (2d Cir. 1991) .................................................................... 18

*Northern Ins. Co. v. Aardvark Associates, Inc.*
942 F.2d 189 (3d Cir. 1991) ................................................................. 18-19

**STATE:**

Hawaii Supreme Court

*AIG Hawaii Insurance Co. v. Estate of Caraang*
74 Haw. 620, 851 p.2d 321 (1993) ............................................................ 13
*Amfac, Inc. v. Waikiki Beachcomber Inc. Co.*
74 Haw. 85, 839 P.2d 10 (1992) ....................................................... 9, 22-23

*Commerce & Indus. Ins. Co. v. Bank of Hawaii*
73 Haw. 322, 832 P.2d 733 (1992) ............................................................ 11

*Dairy Road Partners v. Island Ins. Co.*
92 Haw. 398, 992 P.2d 93 (2000) ................................................................ 9

*Finley v. Home Insurance Co.*
90 Haw. 25, 975 P.2d 1145 ........................................................................ 10

*Hawaiian Holiday Macadamia Nut Co., Inc. v. Industrial Indemnity Co.*
76 Haw. 166, 872 P.2d 230 (1994) ............................................................ 11

*Hawaiian Ins. and Guar. Co. v. Brooks*
67 Haw. 285, 686 P.2d 23 (1984) ................................................................ 9

*Sentinel Ins. Co., Ltd. v. First Ins. Co. of Hawaii*
76 Haw. 277, 875 P.2d 894 (1994) ........................................................ 9, 15

All Other Hawaii State

*Pancakes of Hawaii, inc. v. Pomare Properties Corp.*
85 Haw. 300, 944 P.2d 97 (Ct. App. 1997) .................................................. 9

All Other State

*Accord, ACL Technologies, Inc. v. Northbrook Prop. & Cas. Ins. Co.*
17 Cal. 4th 1773, 22 Cal. Rptr. 2d 206 (1993) ........................................... 18

*Aerojet-General Corp. v. Transport Indem. Co.*
17 Cal. 4th 38, 948 P.2d 909 (1997) ...................................................... 14

*Aydin Corp. v. First State Ins. Co.*
18 Cal. 4th 1183, 77 Cal. Rptr. 2d 537 (1998) ................................... 20, 21

*Buss v. Superior Court*
16 Cal. 4th 35, 939 P.2d 766 (1997) ...................................................... 14

*Certain Underwriters at Lloyd's London v. Superior Court (Powerine)*
24 Cal. 4th 945, 16 P.3d 94 (2001) .................................... 2, 13, 14, 15, 16

*City of Edgerton v. General Cas. Co. of Wisconsin*
184 Wis. 2d 750, 517 N.W.2d 463 (1994) .............................................. 10

*Foster-Gardner Inc. v. National Union Fire Ins. Co.*
18 Cal. 4th 857, 959 P.2d 265 (1998) ...................................... 2, 10, 11, 12

*Garvey v. State Fire & Cas. Co.*
48 Cal. 3d 395, 770 P.2d 704 (1989) ...................................................... 15

*Golden Eagle Refinery v. Associated International Ins. Co.*
85 Cal. App. 4th 1300, 102 Cal. Rptr. 2d 834 (2001) ........................ 21, 22

*International Minerals & Chem. Corp. v. Liberty Mutual Ins. Co.*
168 Ill. App. 2d 361, 522 N.E. 2d 758;
appeal denied, 122 Ill. 2d 576, 530 N.e.2d 246 (1988) ............................ 19

*Lumbermens Mutual Casualty Co. v. Belleville Industries*
407 Mass. 675, 555 N.E.2d 568 (1990) .................................................. 20

*Northville Indus. Corp. v. National Union Fire Ins. Co.*
89 N.Y.2d 621, 679 N.E.2d 1044 (1997) ................................................ 18

*Shell Oil Co. v. Winterthur Swiss Ins. Co.*
12 Cal. App. 4th 715, 15 Cal. Rptr. 2d 815 (1993) ............................ 17, 18

*Sharon Steel Corp. v. Aetna Casualty & Sur. Co.*
931 P.2d 127 (Utah 1997) ...................................................................... 18

*Standun, Inc. v. Fireman's Fund Ins. Co.*
62 Cal. App. 4th 882, 73 Cal. Rptr. 2d 116 (1998) ............................ 18, 19

*Upjohn Co. v. New Hampshire Ins. Co.*
438 Mich. 497, 476 N.W.2d 392 (1991) ............................................. 19-20

**Statutes:**

F.R.C.P. 56(c) ...................................................................................... 8, 24