IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>　　　　　Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>CERTIFICATE OF SERVICE |
| SERVCO PACIFIC, INC., a Hawaii corporation,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>　　　　　Counterclaim Defendant. | |

## **CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies that a copy of the "NOTICE OF HEARING OF MOTION; PLAINTIFF AND COUNTERCLAIM DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT AND COUNTERCLAIMANT SERVCO PACIFIC INC.; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE" was duly served upon the following parties, in the manner described thereto, at their last-known addresses on the date indicated below:

121096/01-148/WTF

|  | MAIL | HAND DELIVERY | FAX |
|---|---|---|---|

Margery S. Bronster, Esq.
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
SERVCO PACIFIC, INC.                                 ☒

Roy F. Hughes, Esq.
Hughes & Taosaka
Pauahi Tower, Suite 900
1001 Bishop Street
Honolulu, HI 96813

Defendant
ISLAND INSURANCE                                     ☒
COMPANY, LTD.

DATED: Honolulu, Hawaii, February 26, 2003.

*/s/ W. Thomas Fagan*

W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS INSURANCE
COMPANY

2