IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIV. NO. 01-00252 SPK/KSC<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

In July of 2003, proceedings in this case were stayed for, among other reasons, facilitating settlement in a related case, <u>Servco Pacific Inc. v. Dods, et al.</u>, Civ. No. 98-272SPK/BMK. The related case has now fully settled. Therefore, the parties are ordered to show case why this case should not be dismissed. Within 21 days the parties shall submit written statements indicating whether further proceedings are necessary. Alternatively, the parties should submit an appropriate stipulation for dismissal of this action or, if appropriate, the parties may also contact United States Magistrate Judge Kevin Chang to schedule a status

conference with Judge Chang to indicate how the parties intend to proceed.

    IT IS SO ORDERED.

    DATED: March 22, 2006



_____
Samuel P. King
Senior United States District Judge

PEIC v. Servco Pacific, et al., Civ. No. 01-252SPK/KSC, Order to Show Cause Why Case Should Not Be Dismissed