REINWALD O'CONNOR & PLAYDON LLP
A LIMITED LIABILITY LAW PARTNERSHIP

W. THOMAS FAGAN        3669
KELVIN K. KANESHIRO    4535
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Phone: (808) 524-8350
Email: wtf@roplaw.com

BRUCE N. TELLES   (Pro Hac Vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Phone: (213) 833-3200
Facsimile: (213) 833-3230

ROBERT J. ROMERO  (Pro Hac Vice)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Phone: (415) 362-600
Facsimile: (415) 834-9070

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br> v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>    Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>PLAINTIFF'S MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE; CERTIFICATE OF SERVICE |

173904/WTF

## PLAINTIFF'S MEMORANDUM IN RESPONSE
## TO ORDER TO SHOW CAUSE

On March 22, 2006, the Court issued an Order to Show Cause Why Case Should Not Be Dismissed ("the OSC"), which directed that:

> Within 21 days the parties shall submit written statements indicating whether further proceedings are necessary. Alternatively, the parties should submit an appropriate stipulation for dismissal of this action or, if appropriate, the parties may also contact United States Magistrate Judge Kevin Chang to schedule a status conference with Judge Chang to indicate how the parties intend to proceed.

Pursuant to the OSC, on April 5, 2006, Plaintiff's Honolulu counsel duly requested a Status Conference which was set with Magistrate Judge Kevin Chang for May 19, 2006 at 9:00 a.m. (HST).

DATED: Honolulu, Hawaii, April 10, 2006.

_____
W. THOMAS FAGAN

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE CO

173904/WTF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons by U.S. Mail on April 10, 2006, addressed as set forth below:

MARGERY BRONSTER, ESQ.
Bronster Hoshibata & Crabtree
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
*Attorney for Defendant*
*SERVCO PACIFIC, INC.*

JAMES R. MURRAY, ESQ.
Gordon, Murray, Tilden
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101
*Attorney for Defendant*
*SERVCO PACIFIC, INC.*

ROY F. HUGHES, ESQ.
Hughes and Taosaka
900 Pauahi Tower

1001 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*ISLAND INSURANCE COMPANY. LTD.*

ROBERT J. ROMERO, ESQ.
Joanna D. Opperman, Esq.
Hinshaw & Culbertson
244 Jackson Street, Suite 1050
San Francisco, CA 94111

DATED: Honolulu, Hawaii, April 10, 2006.

                                    */s/ W. Thomas Fagan*
                                  W. THOMAS FAGAN

                                  Attorneys for Plaintiff
                                  PACIFIC EMPLOYERS INSURANCE CO