BRONSTER CRABTREE & HOSHIBATA
A Law Corporation

MARGERY S. BRONSTER         4750
REX Y. FUJICHAKU            7198
2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: 808-524-5644
Facsimile: 808-599-1881
mbronster@bchlaw.net
rfujichaku@bchlaw.net

JAMES R. MURRAY (Admitted Pro Hac Vice)
Gordon Murray Tilden
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
jmurray@gmtlaw.com

Attorneys for Defendant
SERVCO PACIFIC INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation, | NO. CV01-00252 SPK KSC |
| | Insurance |
| Plaintiff, | |
| | DEFENDANT SERVCO PACIFIC INC.'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FILED MARCH 22, 2006; CERTIFICATE OF SERVICE |
| v. | |
| SERVCO PACIFIC INC., a Hawai`i corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawai`i corporation, | |
| Defendants. | Hearing Date: May 19, 2006 |
| | Time: 9:00 a.m. |
| | Judge: Kevin S. Chang |

**DEFENDANT SERVCO PACIFIC INC.'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FILED MARCH 22, 2006**

In response to the Order to Show Cause Why Case Should Not Be Dismissed filed March 22, 2006 ("Order"), defendant Servco Pacific Inc. ("Servco") hereby affirmatively represents to the Court that further proceedings in the instant action are necessary, and that the Court should not dismiss the action at this juncture. To that end, Servco joins the request, pursuant to the Order, by counsel for plaintiff Pacific Employers Insurance Company for a status conference, which has been set with Magistrate Judge Kevin S. Chang for May 19, 2006, at 9:00 a.m. HST.

DATED:    Honolulu, Hawai`i, April 12, 2006.

/s/ REX Y. FUJICHAKU
MARGERY S. BRONSTER
REX Y. FUJICHAKU

JAMES R. MURRAY

Attorneys for Defendant
SERVCO PACIFIC INC.