IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation, | ) ) ) | NO. CV01-00252 SPK KSC Insurance |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) ) | |
| SERVCO PACIFIC INC., a Hawai`i corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawai`i corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on April 12, 2006:

Served Electronically through CM/ECF:

W. THOMAS FAGAN, ESQ.                wtf@roplaw.com
KELVIN H. KANESHIRO, ESQ.           khk@roplaw.com
    Attorneys for Plaintiff
    PACIFIC EMPLOYERS INSURANCE COMPANY

ROY F. HUGHES, ESQ.                  rhughes@hughestaosaka.com
ROSS N. TAOSAKA, ESQ.                httaosaka@hawaii.rr.com
    Attorneys for Defendant
    ISLAND INSURANCE COMPANY, LTD.

Served via First Class Mail or Hand Delivery:

RAY TAMADDON, ESQ.
BRUCE N. TELLES, ESQ.
Berman & Aiwasian
725 South Figueroa Street, Suite 1025
Los Angeles, California 90017-1534

ROBERT J. ROMERO, ESQ.
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, California 94111

    Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY

DATED:    Honolulu, Hawai`i, April 12, 2006.


            /s/ REX Y. FUJICHAKU
           MARGERY S. BRONSTER
           REX Y. FUJICHAKU

           JAMES R. MURRAY

           Attorneys for Defendant
           SERVCO PACIFIC INC.

2