ORIGINAL

Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON          1126-0
18th Floor, American Savings Bank Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1800
Facsimile: (808) 808-524-4591
palston@ahfi.com

Attorney for Lienor
ALSTON HUNT FLOYD & ING

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawai`i corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawai`i corporation,<br><br>Defendants. | NO. CV01-00252 SPK KSC<br>Insurance<br><br>**NOTICE OF RELEASE WITH PREJUDICE OF ALSTON HUNT FLOYD & ING'S LIEN FOR ATTORNEYS' FEES AND COSTS FILED APRIL 15, 2003; CERTIFICATE OF SERVICE** |

## NOTICE OF RELEASE WITH PREJUDICE OF ALSTON HUNT FLOYD & ING'S LIEN FOR ATTORNEYS' FEES AND COSTS FILED APRIL 15, 2003

PLEASE TAKE NOTICE that the lien for attorneys' fees and costs filed in this action on April 15, 2003, by Alston Hunt Floyd & Ing, attorneys at law, a law corporation, is hereby released by said law firm with prejudice.

DATED:   Honolulu, Hawai`i, April 10, 2006.

_____
PAUL ALSTON

Attorney for Lienor
ALSTON HUNT FLOYD & ING

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I caused a true and correct copy of the foregoing document to be served on the following persons by facsimile, hand-delivery or U.S. mail, postage prepaid (as indicated below) to their respective addresses:

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| W. THOMAS FAGAN, ESQ.<br>KELVIN H. KANESHIRO, ESQ.<br>Reinwald O'Connor & Playdon LLP<br>2400 Makai Tower<br>Pacific Guardian Center<br>733 Bishop Street<br>Honolulu, HI 96813 | ( x ) | ( ) | ( ) |
| BRUCE N. TELLES (Pro Hac Vice)<br>Berman & Aiwasian<br>725 South Figueroa Street, Suite 1050<br>Los Angeles, CA 90017 | ( ) | ( ) | ( x ) |
| ROBERT J. ROMERO (Pro Hac Vice)<br>Hinshaw & Culbertson<br>244 Jackson Street, Suite 300<br>San Francisco, CA 94111 | ( ) | ( ) | ( x ) |

*Attorneys for Plaintiff*
*PACIFIC EMPLOYERS INSURANCE COMPANY*

610228_1/4792-2                                                1

|  | HAND-DELIVERED | FAX | MAILED |
|---|---|---|---|
| MARGERY BRONSTER, ESQ.<br>Bronster Hoshibata & Crabtree<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>*Attorney for Defendant*<br>*SERVCO PACIFIC, INC.* | ( x ) | ( ) | ( ) |
| ROY F. HUGHES, ESQ.<br>ROSS N. TAOSAKA, ESQ.<br>Hughes & Taosaka<br>1001 Bishop Street<br>Suite 900, Pauahi Tower<br>Honolulu, HI 96813<br><br>*Attorneys for Defendant*<br>*ISLAND INSURANCE COMPANY,*<br>*LTD.* | ( x ) | ( ) | ( ) |

DATED: Honolulu, Hawaii, April 10, 2006.

_____
PAUL ALSTON
Attorney for Lienor
ALSTON HUNT FLOYD & ING

610228_1/4792-2

2