REINWALD O'CONNOR & PLAYDON LLP
A LIMITED LIABILITY LAW PARTNERSHIP

W. THOMAS FAGAN           3669
KELVIN K. KANESHIRO       4535
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Phone: (808) 524-8350
Email: wtf@roplaw.com

BRUCE N. TELLES   (Pro Hac Vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Phone: (213) 833-3200
Facsimile: (213) 833-3230

ROBERT J. ROMERO  (Pro Hac Vice)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Phone: (415) 362-600
Facsimile: (415) 834-9070

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | CIVIL NO. 01-00252 SPK KSC<br><br>PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY'S APPLICATION TO PERMIT JOHN CONWAY TO APPEAR PRO HAC VICE; DECLARATION OF JOHN CONWAY; DECLARATION OF W. THOMAS FAGAN; ORDER GRANTING APPEARANCE PRO HAC VICE; CERTIFICATE OF SERVICE |

175194/WTF

## PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY'S APPLICATION TO PERMIT JOHN CONWAY TO APPEAR *PRO HAC VICE*

Plaintiff Pacific Employers Insurance Company respectfully requests that John Conway of the law firm of Berman & Aiwasian of Los Angeles, California, be admitted to appear *pro hac vice* to participate in the prosecution and trial of this matter on behalf of Plaintiff.

This application is brought pursuant to L.R. 83.1(e) and is supported by the attached declarations of John Conway and W. Thomas Fagan.

DATED: Honolulu, Hawaii, May 16, 2006.

_____
W. THOMAS FAGAN

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE CO.

173904/WTF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>Defendants. | Civil No. CV01-00252 SPK-KSC<br><br>Judge: Hon. Samuel P. King<br><br>DECLARATION OF JOHN CONWAY |
| SERVCO PACIFIC, INC., a Hawaii corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Counterclaim Defendant. | |

DECLARATION OF JOHN CONWAY

I, JOHN CONWAY, declare as follows:

1. I am an attorney practicing with the law office of Berman & Aiwasian. My office address is 725 S. Figueroa Street, Suite 1050, Los Angeles, California 90017. My residence address is 621 Knob Hill Avenue, Redondo Beach, California 90277.

2. I was admitted to practice law in the State of California in 1995. I am admitted to practice in each of the following courts:

    a. All courts of the State of California;

    b. United States District Court for the Central District of California;

  c. United States District Court for the Eastern District of California;

  d. United States Court of Appeal for the Ninth Circuit;

  e. United States Court of Appeal for the Tenth Circuit.

3. I am in good standing and eligible to practice in all such courts.

4. I have never been suspended or disbarred in any court.

5. I have not previously made application to appear *pro hac vice* in this jurisdiction.

6. I do not reside in the State of Hawaii, am not regularly employed in the State of Hawaii, nor regularly engaged in business, professional or otherwise, in the State of Hawaii.

7. Members of the firm of Reinwald, O'Connor & Playdon, LLP, are active members in good standing of the Bar of the State of Hawaii, are licensed to practice before all courts in the State of Hawaii, including the United States District Court for the District of Hawaii, and will continue to serve as counsel with whom the Court in the above-entitled matter and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

8. Said attorneys shall continue at all times to participate meaningfully in the preparation and trial of the case with authority and responsibility to act as attorneys of record for all purposes.

9. I respectfully request that I be admitted to practice before this court for the purpose of this specific case only.

I declare under penalty of law that the foregoing is true and correct.

DATED: Los Angeles, California   May 15, 2006

                    _____
                     JOHN CONWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>                Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>DECLARATION OF W. THOMAS FAGAN |
| SERVCO PACIFIC INC., a Hawaii corporation,<br><br>                Counterclaimant,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>                Counterclaim Defendant. | |

## DECLARATION OF W. THOMAS FAGAN

W. THOMAS FAGAN, declares:

1. He is an active member in good standing of the Bar of the United States District Court for the District of Hawaii, and is licensed to practice before all courts in the State of Hawaii.

2. He and the firm of Reinwald, O'Connor & Playdon LLP will at all times meaningfully participate in preparation and trial of this action with authority and responsibility to act as one of the attorneys of record for all purposes.

3. He and the firm of Reinwald, O'Connor & Playdon LLP consent to the designations made herein by counsel applying for appearance pro hac vice.

175194/WTF

4. His office address and telephone number are Reinwald, O'Connor & Playdon LLP, 733 Bishop Street, 24th Floor Makai Tower, Pacific Guardian Center, Honolulu, Hawaii, 96813, Telephone (808) 524-8350.

I declare under penalty of law that the foregoing is true and correct.

Executed on May 16, 2006.

_____
W. THOMAS FAGAN

173904/WTF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>    Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>ORDER GRANTING APPLICATION FOR APPEARANCE PRO HAC VICE |
| SERVCO PACIFIC INC., a Hawaii corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>    Counterclaim Defendant. | |

## ORDER GRANTING APPLICATION FOR APPEARANCE PRO HAC VICE

Upon review of the foregoing Application, Affidavit, Declaration of Counsel, and good cause shown,

IT IS HEREBY ORDERED that the Application for Appearance Pro Hac Vice of John Conway is hereby granted in this case.

DATED: Honolulu, Hawaii, May 16, 2006.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

**PEIC V. SERVCO PACIFIC, INC., Civil No. 01-00252 SPK-KSC: APPLICATION FOR APPEARANCE PRO HAC VICE; AFFIDAVIT OF JOHN CONWAY; DECLARATION OF W. THOMAS FAGAN; ORDER GRANTING APPLICATION PRO HAC VICE**

175194/WTF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaii corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii corporation,<br><br>Defendants. | CIVIL NO. 01-00252 SPK KSC<br><br>CERTIFICATE OF SERVICE |
| SERVCO PACIFIC INC., a Hawaii corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Counterclaim Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following persons by U.S. Mail on May 16, 2006, addressed as set forth below:

MARGERY BRONSTER, ESQ.
BRONSTER HOSHIBATA & CRABTREE
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
*Attorney for Defendant*
*SERVCO PACIFIC, INC.*

James R. Murray
GORDON MURRAY TILDEN LLP

175194/WTF

1001 4th Avenue, Suite 4000
Seattle, WA 98154-1007
*Attorney for Defendant*
*SERVCO PACIFIC, INC.*

ROY F. HUGHES, ESQ.
Hughes and Taosaka
900 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
*Attorney for Defendant*
*ISLAND INSURANCE COMPANY. LTD.*

ROBERT J. ROMERO, ESQ.
Joanna D. Opperman, Esq.
Hinshaw & Culbertson
244 Jackson Street, Suite 1050
San Francisco, CA 94111

DATED: Honolulu, Hawaii, May 16, 2006.

_____
W. THOMAS FAGAN

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE CO

173904/WTF