AO83

# Court Copy

Receipt for Payment

**U.S. District Court - Hawaii**

For Internal Use Only

Receipt    235103

Trans    139887

Received From: **JOHN CONWAY**
Case Number:
Reference Number: **CV 01-252**

| | |
|---|---|
| Check | 225.00 |
| Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |

| | |
|---|---|
| Total | **225.00** |
| Tend | 225.00 |
| Due | 0.00 |

05/17/2006 03:30:18 PM    Deputy Clerk: et/AG