REINWALD O'CONNOR & PLAYDON LLP
A LIMITED LIABILITY LAW PARTNERSHIP

W. THOMAS FAGAN  3669
KELVIN K. KANESHIRO      4535
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Phone:  (808) 524-8350
Email: wtf@roplaw.com

BRUCE N. TELLES    (Pro Hac Vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA  90017
Phone:  (213) 833-3200
Facsimile:  (213) 833-3230

ROBERT J. ROMERO  (Pro Hac Vice)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Phone: (415) 362-600
Facsimile:  (415) 834-9070

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> SERVCO PACIFIC INC., a Hawaii corporation; and Island Insurance Company, Ltd., a Hawaii corporation, <br><br> Defendants. | CIVIL NO. 01-00252 spk ksc <br><br> ORDER GRANTING APPLICATION FOR APPEARANCE PRO HAC VICE <br><br><br> [DOCKET REFERENCE NO. 151] |
| SERVCO PACIFIC INC., a Hawaii | |

corporation,

                    Counterclaimant,

        v.

PACIFIC EMPLOYERS INSURANCE
COMPANY, a California corporation,

                    Counterclaim
                    Defendant.

## ORDER GRANTING APPLICATION FOR
## APPEARANCE PRO HAC VICE

Upon review of the foregoing Application, Affidavit, Declaration of Counsel,

and good cause shown,

IT IS HEREBY ORDERED that the Application for Appearance Pro Hac Vice

of John Conway is hereby granted in this case.

DATED:  Honolulu, Hawaii, May 18, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

**PEIC V. SERVCO PACIFIC, INC.,** **Civil No. 01-00252 SPK-KSC: APPLICATION FOR
APPEARANCE PRO HAC VICE; AFFIDAVIT OF JOHN CONWAY; DECLARATION
OF W. THOMAS FAGAN; ORDER GRANTING APPLICATION PRO HAC VICE**