# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 01-00252SPK-KSC |
| CASE NAME: | Pacific Employers Insurance, Company Vs. Servco Pacific Inc., |
| ATTYS FOR PLA: | W. Thomas Fagan and John Conway |
| ATTYS FOR DEFT: | Margery Bronster<br>Roy Hughes |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | None |
| DATE: | 5/19/2006 | TIME: | 8:56am-9:12am |

COURT ACTION:  EP: Status Conference-Regarding resetting of Trial Date, etc.-

Dates will be given as to Trial, Final PreTrial Conference Dates, Motions' Deadline and Trial Related Deadlines-

1.    Jury trial on May 22, 2007 at 9:30 a.m. before SPK
2.    Final Pretrial Conference on April 10, 2007 at 9:00 a.m. before KSC
3.    Final Pretrial Conference before District Judge N/A
4.    Final Pretrial Statement by April 3, 2007
5.    File motions to Join/Add Parties/Amend Pleadings by closed
6.    File other Non-Dispositive Motions by February 21, 2007
7.    File Dispositive Motions by December 20, 2006
8a.   File Motions in Limine by May 1, 2007
8b.   File opposition memo to a Motion in Limine by May 8, 2007
11a.  Plaintiff's Expert Witness Disclosures by closed
11b.  Defendant's Expert Witness Disclosures by closed
12.   Discovery deadline closed
13.   Settlement Conference set for  at  before on call
14.   Settlement Conference statements by
20.   Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by May 8, 2007

21.    File Final witness list by May 1, 2007

24.    Exchange Exhibit and Demonstrative aids by April 24, 2007

25.    Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 1, 2007

26.    File objections to the Exhibits by May 8, 2007

28a.   File Deposition Excerpt Designations by May 1, 2007

28b.   File Deposition Counter Designations and Objections by May 8, 2007

29.    File Trial Brief by May 8, 2007

30.    File Findings of Fact & Conclusions of Law by N/A


Other Matters:


Submitted by Leslie L. Sai, Courtroom Manager