IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>            Plaintiff,<br>    v.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>            Defendants.<br>_____ | ) CIV. NO. 01-00252 SPK/KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff Pacific Employers Insurance Company (PEIC) has moved for reconsideration of this Court's Order of June 19, 2003.  (The action was stayed on July 28, 2003, but was resumed in March of 2006.)  The Court has reviewed PEIC's motion, as well as Defendant Island Insurance Company's and Defendant Servco Pacific Inc.'s Memoranda in Opposition.  The Court has also reviewed (1) its June 19, 2003, Order, (2) the records and files in this case, as well as (3), the settlement agreement of October 19, 2005 (filed under seal), in the related case Servco Pacific Inc. v. Dods, No. 98-272.

Having considered the circumstances and posture of the case again, the

Court remains of the opinion as stated in the order of June 19, 2003, that Island Insurance Company's primary policy was "exhausted" for purposes of triggering excess coverage duties. PEIC's present motion is based in large part upon paragraph 4 of the November 21, 2000, settlement agreement and release between Servco Pacific Inc. and Island Insurance Company. That document was part of the record in 2003, and was considered by the Court in making its June 19, 2003, decision regarding whether the primary policy was "exhausted." The Court's opinion has not changed. The standards necessary to grant Plaintiff's present motion have not been met. PEIC's June 16, 2006, Motion for Reconsideration is DENIED.

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, July 10, 2006.

_____
Samuel P. King
Senior United States District Judge

PEIC v. Servco Pacific, et al., Civ. No. 01-252SPK/KSC, Order Denying Plaintiff's Motion for Reconsideration