IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>        Defendants. | CIVIL NO. CV01-00252 SPK-KSC<br><br>DECLARATION OF CATHERINE L. AUBUCHON |

DECLARATION OF CATHERINE L. AUBUCHON

I, CATHERINE L. AUBUCHON, hereby declare:

1. I am one of the attorneys representing Defendant Island Insurance Company, Ltd., and have personal knowledge herein.

2. I am an attorney with Hughes & Taosaka, and am licensed to practice law before the courts of the State of Hawaii.

3. Attached hereto as Exhibit "1" is a true and correct copy of the letter to John Conway, Esq. and W. Thomas Fagan, Esq. dated July 19, 2006 from Roy F. Hughes, Esq.

4. Attached hereto as Exhibit "2" is a true and correct copy of the letter to John Conway, Esq. and W. Thomas Fagan, Esq. dated August 4, 2006 from Margery S. Bronster, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

DATED at Honolulu, Hawaii  AUG 2 1 2006 .

CATHERINE L. AUBUCHON