# HUGHES & TAOSAKA
Attorneys at Law • A Law Corporation

900 Pauahi Tower • 1001 Bishop Street • Honolulu, Hawaii 96813-4292
Telephone (808) 526-9744 • Facsimile (808) 521-7489 • www.hughestaosaka.com • hughestaosaka@hawaii.rr.com

July 19, 2006

<u>VIA FACSIMILE AND U.S. MAIL</u>

John Conway, Esq.
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, California 90017

W. Thomas Fagan, Esq.
Reinwald O'Connor & Playdon LLP
2400 Makai Tower
Pacific Guardian Center
733 Bishop Street
Honolulu, Hawaii 96813

Re: <u>Pacific Employers Insurance Company v. Servco Pacific, Inc., et al.; Civil No. CV01-00252 HG KSC</u>

Gentlemen:

The Honorable Samuel King denied the Motion for Reconsideration brought by Pacific Employers Insurance Company ("PEIC"). At the conference with Judge Kevin Chang, PEIC and Servco Pacific, Inc. indicated that further conferences with Judge Chang, over amounts owed, were in order.

Island Insurance Company, Ltd. has recoverable costs of approximately $5,400, but is willing to waive them to avoid an appeal or place the matter of their recovery with Magistrate Judge Chang for negotiation together with the amounts claimed by Servco Pacific, Inc.

EXHIBIT I

John Conway, Esq.
W. Thomas Fagan, Esq.
July 14, 2006
Page 2

Let me know at your earliest convenience.

Thank you.

Very truly yours,

ROY F. HUGHES
rhughes@hughestaoaka.com
(808) 526-9744, ext. 104

RFH/dln

cc: Margery Bronster, Esq.
    Mr. Casimer A. Fidele, Jr.
    (Claim No.000000000117213)

Ltr.Servco.PEIC.Conway.Fagen