AUG 0 7 2006

2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
Phone 808 524-5644
Fax 808 599-1881
info@bchlaw.net

*A Law Corporation*

# Bronster Crabtree & Hoshibata
### ATTORNEYS AT LAW

August 4, 2006

**By Facsimile and U.S. Mail**

John Conway, Esq.
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017

W. Thomas Fagan, Esq.
Reinwald O'Connor & Playdon LLP
2400 Makai Tower, Pacific Guardian Center
733 Bishop Street
Honolulu, HI 96813

    Re:   *Pacific Employers Insurance Company v. Servco Pacific Inc., et al.,*
            <u>Civil No. CV01-00252 SPK/KSC</u>

Dear Counsel:

    We write to inquire about convening a conference call with parties' counsel as to the status of the litigation. We note that Roy Hughes's July 19, 2006, letter to you anticipated a further conference with Judge Chang, and we desired to discuss the matter of Servco Pacific Inc.'s outstanding claims against Pacific Employers Insurance Co. prior to such conference with Judge Chang.

    Please respond at your earliest convenience.

            Very truly yours,

            Margery S. Bronster

cc: Roy Hughes, Esq.

EXHIBIT 2