IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>　　　　Defendants. | CIVIL NO. CV01-00252 SPK-KSC<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be duly served as indicated upon the following persons at their

last known address, as follows:

    W. THOMAS FAGAN, ESQ.   (VIA HAND-DELIVERY)
    KELVIN H. KANESHIRO, ESQ.
    Reinwald O'Connor & Playdon LLP
    2400 Makai Tower
    Pacific Guardian Center
    733 Bishop Street
    Honolulu, Hawaii 96813

    BRUCE N. TELLES, ESQ.   (VIA U.S. MAIL)
    JOHN C. CONWAY, ESQ.
    Berman & Aiwasian
    725 South Figueroa Street, Suite 1050
    Los Angeles, California 90017

    ROBERT J. ROMERO, ESQ.   (VIA U.S. MAIL)
    Hinshaw & Culbertson
    244 Jackson Street, Suite 300
    San Francisco, California 94111

       Attorneys for Plaintiff
       PACIFIC EMPLOYERS INSURANCE COMPANY

    MARGERY S. BRONSTER, ESQ.  (VIA HAND-
    2300 Pauahi Tower          DELIVERY)
    1001 Bishop Street
    Honolulu, Hawaii 96813

JAMES R. MURRAY, ESQ.      (VIA U.S. MAIL)
Gordon, Murray, Tilden
1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154-1007

   Attorney for Defendant
   SERVCO PACIFIC, INC.

DATED:  Honolulu, Hawaii,  AUG 2 1 2006  .

_____
ROY F. HUGHES
CATHERINE L. AUBUCHON
Attorneys for Defendant
Island Insurance Company,
Ltd.


Plead.Servco.PEIC.Opp.Re Ct Sched Order