# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV01-00252SPK-KSC |
| CASE NAME: | Pacific Employers Insurance, Company vs. Servco Pacific Inc., et al. |
| ATTYS FOR PLA: | W. Thomas Fagan |
| ATTYS FOR DEFT: | Margery Bronster<br>Roy Hughes |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 9/8/2006 | TIME: | 9:33-9:48:29am |

COURT ACTION:  EP: Plaintiff Pacific Employers Insurance Company's Request for Relief from Certain Portions of Fifth Amended Rule 16 Scheduling Order.

Ms. Bronster's oral request to strike Mr. Fagan's reference of the settlement agreement is granted.

Plaintiff Pacific Employers Insurance Company's Request for Relief from Certain Portions of Fifth Amended Rule 16 Scheduling Order is denied.  Mr. Hughes to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager