# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV01-00252SPK-KSC

CASE NAME: Pacific Employers Insurance, Company vs. Servco Pacific Inc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER:

DATE: 9/20/2006                    TIME:

COURT ACTION:  EO: The court having granted Ms. Bronster's request to strike at the hearing held on 9/8/06, and there being no opposition, rather than delete the portion of the record, the court will seal the transcript of proceedings.  In the event any person wishes to review the sealed record, a request to unseal shall be made.

Submitted by: Shari Afuso, Courtroom Manager