ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 9 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

HUGHES & TAOSAKA
Attorneys at Law
A Law Corporation

ROY F. HUGHES        1774-0
CATHERINE L. AUBUCHON 7661-0
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, Hawaii  96813
Telephone:  808-526-9744
Facsimile:  808-521-7489
Attorneys for Defendant
Island Insurance Company, Ltd.

LODGED

SEP 2 6 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIVIL NO. CV01-00252 SPK-<br>) KSC<br>)<br>) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF<br>) PACIFIC EMPLOYERS |
| vs. | ) INSURANCE COMPANY'S<br>) REQUEST FOR RELIEF FROM |
| SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | ) CERTAIN PORTIONS OF FIFTH<br>) AMENDED RULE 16 SCHEDULING<br>) ORDER FILED ON AUGUST 3,<br>) 2006<br>) |
| Defendants. | )<br>) DATE:  Sept. 8, 2006<br>) TIME:  9:30 a.m.<br>) JUDGE: Hon. Kevin S.C.<br>)    Chang<br>) |

ORDER DENYING PLAINTIFF PACIFIC EMPLOYERS
INSURANCE COMPANY'S REQUEST FOR RELIEF FROM CERTAIN
PORTIONS OF FIFTH AMENDED RULE 16 SCHEDULING ORDER
FILED ON AUGUST 3, 2006

On August 3, 2006, Plaintiff Pacific
Employers Insurance Company filed its Request for
Relief from Certain Portions of Fifth Amended Rule
16 Scheduling Order.  On August 21, 2006
Oppositions were filed by Defendants Island
Insurance Company, Ltd. and Servco Pacific, Inc.  A
Response to the Opposition was filed on August 31,
2006.  On September 8, 2006 the parties, through
counsel, Thomas W. Fagan for Plaintiff·Pacific
Employers Insurance Company, Margery S. Bronster
for Servco Pacific, Inc., and Roy F. Hughes for
Island Insurance Company, Ltd., appeared and argued
their positions.

The Court, having considered the
submissions and argument of counsel, as well as the
July 10, 2006 Order Denying Plaintiff's Motion for
Reconsideration filed by Judge Samuel P. King in

this action, hereby, denies the Plaintiff's Pacific

Employers Insurance Company's Request for Relief

from Certain Portions of Fifth Amended Rule 16

Scheduling Order, including the amendment to the

Complaint and discovery sought.

Plaintiff Pacific Employers Insurance

Company and Defendant Servco Pacific, Inc. may,

upon specific application to the Court, proceed

with discovery on the remaining claim asserted by

Servco Pacific, Inc. against Pacific Employers

Insurance Company for "bad faith".

Dated:  Honolulu, Hawaii,  SEP 2 9 2006    .


_____
Kevin S.C. Chang
U.S. Magistrate Judge


APPROVED AS TO FORM:


_____
W. THOMAS FAGAN
Attorney for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY

MARGERY S. BRONSTER
Attorney for Defendant
Servco Pacific, Inc.

PEIC v. Servco Pacific, et al., Civ. No. 01-252SPK/KSC; ORDER
DENYING PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY'S
REQUEST FOR RELIEF FROM CERTAIN PORTIONS OF FIFTH AMENDED
RULE 16 SCHEDULING ORDER FILED ON AUGUST 3, 2006

Plead.Servco.PEIC.Order.Deny.Mtn.Sch.Order