ORIGINAL

W. THOMAS FAGAN          3669-0
KELVIN H. KANESHIRO      4535-0
Reinwald, O'Connor & Playdon LLP
Pacific Guardian Center – Makai Tower
733 Bishop Street, 24th Floor
Honolulu, HI 96813-4070
Telephone:  (808) 524-8350
Facsimile:   (808) 531-8628

BRUCE N. TELLES (PRO HAC VICE)
JOHN C. CONWAY (PRO HAC VICE)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone:  (213) 833-3200
Facsimile:   (213) 833-3230

ROBERT J. ROMERO (PRO HAC VICE)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Telephone:  (415) 362-6000
Facsimile:   (415) 834-9070

Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 0 2006

at __ o'clock and __ min. __ M
S__                EPK

IN THE UNITED STATES COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Civil No. CV01-00252 SPK-KSC<br><br>**PACIFIC EMPLOYERS INSURANCE COMPANY'S NEW NOTICE OF MOTION FOR CERTIFICATION OF FINAL APPEALABLE JUDGMENT PURSUANT TO FRCP 54(b); CERTIFICATE OF SERVICE**<br><br><br>(NON-HEARING MOTION)<br><br>Judge: Honorable Samuel P. King |

## NEW NOTICE OF PREVIOUSLY-FILED NON-HEARING MOTION
## PURSUANT TO FRCP 54(b)

TO:

Margery S. Bronster
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(808) 524-5644

Roy F. Hughes
Ross N. Taosaka
Hughes & Taosaka
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, HI 96813
(808) 526-9744

PLEASE TAKE NOTICE that, pursuant to the Court's order dated October 10, 2003, Pacific Employers Insurance Company hereby reactivates its Motion for Certification of Final Appealable Judgment pursuant to FRCP 54(b), previously filed with the Honorable Samuel P. King prior to the stay in this action, and fully briefed. Pursuant to Local Rule 7.2(e) this motion is not set for hearing at this time.

DATED:    Honolulu, Hawaii, October 20, 2006.

REINWALD, O'CONNOR & PLAYDON LLP

By _____
W. THOMAS FAGAN
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

Plaintiff/Cross-Defendant Pacific Employer's Insurance Company ("PEIC"), pursuant to this Court's order dated October 10, 2003, hereby reactivates its motion for certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure with respect to this Court's Order Granting In Part and Denying In Part Motions for Summary Judgment (the "Order"), entered into the docket on June 19, 2003 as docket number 125. As requested in such motion, having no just reason for delay, final judgment should be entered with respect to (1) Servco's claims against PEIC relating to the existence of the defense duty, and (2) PEIC's claims against Island for equitable contribution and/or indemnity.

This reactivated motion was, and is, brought pursuant to Rule 54(b) of the Federal Rules of Civil Procedure and was, and is, based upon the memorandum in support thereof, to which all parties have had an opportunity to respond, the exhibits filed in support thereof, and the pleadings and record herein.

DATED:    Honolulu, Hawaii, October 20, 2006.

REINWALD, O'CONNOR & PLAYDON LLP


By _____
W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, <br><br> Defendant. | Civil No. CV01-00252 SPK-KSC <br><br> **CERTIFICATE OF SERVICE** |
| AND RELATED CROSS-ACTION. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document were duly served upon the following parties, in the manner described thereto, at their last-known addresses on the date indicated below:

| | | HAND DELIVERY | FAX |
|---|---|---|---|
| | | MAIL | |
| Margery Bronster, Esq. <br> Crabtree & Bronster <br> 2300 Pauahi Tower <br> 1001 Bishop Street <br> Honolulu, HI 96813 | Defendant <br> SERVCO PACIFIC INC. | ☒ | |

|  | MAIL | HAND DELIVERY | FAX |
|---|---|---|---|
| Roy F. Hughes, Esq.<br>Hughes & Taosaka<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu HI 96813 | Defendant<br>ISLAND<br>INSURANCE<br>COMPANY, LTD. | ☒ | |
| James R. Murray<br>GORDON MURRAY TILDEN LLP<br>1001 4th Avenue, Suite 4000<br>Seattle, WA   98154-1007 | ☒ | | |

DATED:  Honolulu, Hawaii, October 20, 2006.

W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and
Counterclaim Defendant PACIFIC
EMPLOYERS