ORIGINAL

Spw

W. Thomas Fagan
Kelvin H. Kaneshiro
Reinwald, O'Connor & Playdon LLP
Pacific Guardian Center – Makai Tower
733 Bishop Street, 24th Floor
Honolulu, HI 96813-4070
Telephone: (808) 524-8350
Facsimile: (808) 531-8628

Bruce N. Telles (pro hac vice)
John C. Conway (pro hac vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone: (213) 833-3200
Facsimile: (213) 833-3230

Robert J. Romero (pro hac vice)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 2006

at ___ o'clock ___ min. ___M
      S                      SPK

Attorneys for Plaintiff and Counterclaim Defendant
PACIFIC EMPLOYERS INSURANCE COMPANY

IN THE UNITED STATES COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Civil No. CV01-00252 SPK-KSC<br><br>**PACIFIC EMPLOYERS INSURANCE COMPANY'S NEW NOTICE OF PREVIOUSLY-FILED MOTION FOR CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b); CERTIFICATE OF SERVICE**<br><br>(Non-Hearing Motion)<br><br>Judge: Honorable Samuel P. King |

# NEW NOTICE OF PREVIOUSLY-FILED MOTION FOR CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

TO: Margery S. Bronster
Bronster Crabtree & Hoshibata
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(808) 524-5644

Roy F. Hughes
Ross N. Taosaka
Hughes & Taosaka
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, HI 96813
(808) 526-9744

PLEASE TAKE NOTICE that Pacific Employers Insurance Company, pursuant to the Court's order dated October 10, 2003, hereby reactivates its Motion for Certification of Immediate Appeal pursuant to 28 U.S.C. § 1292(b), previously filed with the Honorable Samuel P. King prior to the stay in this action, and fully briefed. Pursuant to Local Rule 7.2(e) this motion is not set for hearing at this time.

DATED: Honolulu, Hawaii, October 20, 2006.

REINWALD, O'CONNOR & PLAYDON LLP

By _____
W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

Plaintiff and cross-defendant Pacific Employers Insurance Company ("PEIC") hereby reactivates its previously-filed motion, pursuant to the Court's order dated October 10, 2003 and pursuant to 28 U.S.C. § 1292(b), for an order certifying an immediate appeal of the Court's Order Granting In Part and Denying In Part Motions for Summary Judgment (the "Order"), which was entered onto the case docket on June 19, 2003 as Docket entry number 125.

PEIC's reactivated motion was, and is, brought pursuant to 28 U.S.C. § 1292(b) and was, and is, based upon the memorandum in support thereof, to which all parties had an opportunity to respond, the exhibits filed in support thereof, and the pleadings and record herein.

DATED:   Honolulu, Hawaii, October 20, 2006.

REINWALD, O'CONNOR & PLAYDON LLP

By _____
W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTION. | Civil No. CV01-00252 SPK-KSC<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing document were duly served upon the following parties, in the manner described thereto, at their last-known addresses on the date indicated below:

| | | MAIL | HAND DELIVERY | FAX |
|---|---|---|---|---|
| Margery Bronster, Esq.<br>Crabtree & Bronster<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813 | Defendant<br>SERVCO PACIFIC INC. | | ☒ | |

|  | MAIL | HAND DELIVERY | FAX |
|---|---|---|---|
| Roy F. Hughes, Esq.<br>Hughes & Taosaka<br>Pauahi Tower, Suite 900<br>1001 Bishop Street<br>Honolulu HI 96813<br><br>Defendant<br>ISLAND INSURANCE COMPANY, LTD. |  | ☒ |  |
| James R. Murray<br>GORDON MURRAY TILDEN LLP<br>1001 4th Avenue, Suite 4000<br>Seattle, WA  98154-1007 |  | ☒ |  |

DATED: Honolulu, Hawaii, October 20, 2006.

_/s/ W. Thomas Fagan_
W. THOMAS FAGAN
KELVIN H. KANESHIRO
Attorneys for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS

2