# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV NO. 01-00252SPK-KSC

CASE NAME:        Pacific Employees Vs. Servco Pacific Inc.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Samuel P. King          REPORTER:

DATE:    11/01/2006              TIME:

COURT ACTION:  EO: Plaintiff filed on 10/20/2006-Motion for Certification of Immediate Appeal pursuant to 28 U.S.C. 1292(b).  Court hereby orders that "Plaintiff is requested to provide to chambers one courtesy copy of the previously filed motions [docket nos. 129-1 and 130-1].  Oppositions to the motions shall be due 11 Days from the date of this minute order, with replies, if any, due 11 days after service of the oppositions."  These Motions' will be Non-Hearing Motions.  Upon the completion of the briefing schedule Court will take these Motions' under advisement and issue a written Order.


Submitted by Leslie L. Sai, Courtroom Manager