HUGHES & TAOSAKA
Attorneys at Law
A Law Corporation

ROY F. HUGHES             1774-0
CATHERINE L. AUBUCHON      7661-0
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, Hawaii  96813
Telephone:  (808) 526-9744
E-mail:   rhughes@hughestaosaka.com
          caubuchon@hughetaosaka.com

Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, <br><br>          Plaintiff, <br><br>     vs. <br><br> SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, <br><br>          Defendants. | CIVIL NO. CV01-00252 SPK-KSC <br><br> DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S JOINDER IN DEFENDANT SERVCO PACIFIC, INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF AND COUNTERCLAIM DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S MOTION FOR CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b), FILED JULY 3, 2002, FILED ON NOVEMBER 13, 2006; CERTIFICATE OF SERVICE <br><br> Non-Hearing Motion |

PEIC\pldg\joinder.servco.mot PEIC mtn certification of immediate appeal

**DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S
JOINDER IN DEFENDANT SERVCO PACIFIC, INC.'S MEMORANDUM IN
OPPOSITION TO PLAINTIFF AND COUNTERCLAIM
DEFENDANT PACIFIC EMPLOYERS INSURANCE COMPANY'S** MOTION FOR
**CERTIFICATION OF IMMEDIATE APPEAL PURSUANT TO 28 U.S.C.
§ 1292(b), FILED JULY 3, 2002, FILED ON NOVEMBER 13, 2006**

Defendant Island Insurance Company, Ltd. ("Island"), by and through its counsel, Hughes & Taosaka, hereby submits its Joinder in Defendant Servco Pacific, Inc.'s Memorandum in Opposition to Plaintiff and Counterclaim Defendant Pacific Employers Insurance Company's Motion for Certification of Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), Filed July 3, 2003, filed herein on November 13, 2006.

This Joinder is made pursuant to Rule 7 of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, November 14, 2006.

/s/Catherine L. Aubuchon_____
ROY F. HUGHES
CATHERINE L. AUBUCHON
Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIVIL NO. CV01-00252 SPK-KSC ) ) ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served Electronically via CM/ECF or by depositing the same in the U.S. mail, postage prepaid, upon the following persons at their last known address, as follows:

       W. THOMAS FAGAN, ESQ.
       KELVIN H. KANESHIRO, ESQ.
       Reinwald O'Connor & Playdon LLP
       2400 Makai Tower
       Pacific Guardian Center
       733 Bishop Street
       Honolulu, HI  96813
          Email:   wtf@roplaw.com
                    khk@roplaw.com

BRUCE N. TELLES, ESQ.*(pro hac vice)*
JOHN C. CONWAY, ESQ. *(pro hac vice)*
725 South Figueroa Street
Suite 1050
Los Angeles, CA  90017

ROBERT J. ROMERO, ESQ. *(pro hac vice)*
244 Jackson Street
Suite 300
San Francisco, CA  94111

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY


MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
    Email:    mbronster@bchlaw.net
              rfujichaku@bchlaw.net

JAMES R. MURRAY, ESQ.
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007

Attorney for Defendant
SERVCO PACIFIC, INC.


DATED:  Honolulu, Hawaii, November 14, 2006.


                        /s/Catherine L. Aubuchon_____
                        ROY F. HUGHES
                        CATHERINE L. AUBUCHON
                        Attorneys for Defendant
                        ISLAND INSURANCE COMPANY, LTD.

2