# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV NO. 01-00252SPK-KSC

CASE NAME:      Pacific Employers Insurance, Company Vs. Servco Pacific Inc.

ATTYS FOR PLA:      W. Thomas Fagan

ATTYS FOR DEFT:      Margery Bronster and Catherine Aubuchon

INTERPRETER:

JUDGE:      Kevin S. C. Chang      REPORTER:      None

DATE:      12/18/2006      TIME:      2:21pm-2:31pm

COURT ACTION:  EP: Status Conference-Regarding extending the Date for the Filing of Dispositive Motions-All Counsel participated by Phone.

By agreement of all Counsel-The Deadline for the Filing of Dispositive Motions is hereby amended to 2/6/2007.  All other scheduling deadlines are to remain unchanged.

Submitted by Leslie L. Sai, Courtroom Manager