

$00.60
DEC 11 2006
MAILED FROM ZIP CODE 96817

PRESORTED
FIRST CLASS

FORWARD TIME EXP RTN TO SEND 12/14/06
HINSHAW & CULBERTSON
1 CALIFORNIA ST STE 1000
SAN FRANCISCO CA 94111-5419

RETURN TO SENDER

RECEIVED
CLERK U.S DISTRICT COURT
DEC 18 2006
12:35 pm
DISTRICT OF HAWAII

CV 01-252-SPK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK
OFFICIAL BUSINESS

Robert J. Romero
Hinshaw & Culbertson LLP
244 Jackson St Ste 300
San Francisco, CA 94111

Robert J. Romero
Hinshaw & Culbertson LLP
244 Jackson St Ste 300
San Francisco, CA 94111

RECEIVED
CLERK U.S. DISTRICT COURT

DEC 18 2006

12:35pm
DISTRICT OF HAWAII

CV 01-252-SPK

CV 01-252