# Orders on Motions

1:01-cv-00252-SPK-KSC Pacific Employers v. Servco Pacific Inc., et al

## U.S. District Court

## District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from ecs, entered on 12/11/2006 at 3:46 PM HST and filed on 12/11/2006

**Case Name:**        Pacific Employers v. Servco Pacific Inc., et al
**Case Number:**      1:01-cv-252
**Filer:**
**Document Number:** 182

**Docket Text:**
ORDER denying Plaintiff's (1) Motion for Certification of Final Appealable Judgment Pursuant to FRCP 54(B) and (2) Motion for Certification of Immediate Appeal Pursuant to 28 USC 1292B [174][175] . Signed by Judge SAMUEL P KING on 12/11/06. (ecs, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/11/2006] [FileNumber=196819-0
] [13ed98740a516f2f34bd54f1354ee92ba082175971b7b6af0d37c6ea248f72899a3
57c757f903ae17e82a5183e975d417de67d922bfbd69ffa25a848f57b5f7a]]

**1:01-cv-252 Notice will be electronically mailed to:**

Catherine L. Aubuchon    cwiehe@hughestaosaka.com, lstevens@hughestaosaka.com

Margery S. Bronster    mbronster@bchlaw.net, audrey@bchlaw.net

Alan B. Burdick    alanburdick67@yahoo.com

John Conway    john.conway@mclolaw.com

W. Thomas Fagan    wtf@roplaw.com

Rex Y. Fujichaku    rfujichaku@bchlaw.net, natashia@consumerlaw.com

Roy F. Hughes    rhughes@hughestaosaka.com, dnishimura@hughestaosaka.com

Kelvin H. Kaneshiro      khk@roplaw.com

Peter S. Knapman      pknapman@ahfi.com

Ross N. Taosaka      rtaosaka@hughestaosaka.com, lstevens@hughestaosaka.com

Bruce N. Telles      bruce.telles@mclolaw.com

**1:01-cv-252 Notice will be delivered by other means to:**

James R. Murray
Gordon Murray Tilden LLP
1001 Fourth Ave Ste 4000
Seattle, WA 98154

Robert J. Romero
Hinshaw & Culbertson LLP
244 Jackson St Ste 300
San Francisco, CA 94111

Christie L. Snyder
Gordon Murray Tilden LLP
1001 Fourth Ave Ste 4000
Seattle, WA 98154

Ray Tamaddon
Berman & Aiwasian
725 S Figueroa St Ste 1050
Los Angeles, CA 90017

Bruce H. Wakuzawa
Alston Hunt Floyd & Ing
ASB Tower
1001 Bishop St Ste 1800
Honolulu, HI 96813