# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV01-00252SPK-KSC |
| CASE NAME: | Pacific Employers Insurance, Company vs. Servco Pacific Inc., et al. |
| ATTYS FOR PLA: | W. Thomas Fagan |
| ATTYS FOR DEFT: | Margery Bronster<br>Roy Hughes |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 1/30/2007 | TIME: | 1:55-3:00pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  Settlement reached between Plaintiff PEI and Defendant Servco.  Issues regarding attorney fees/costs, if any, remaining between Defendant Island Insurance and Plaintiff PEI.

Status Conference (by phone) set 2/28/07 at 2:15pm before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager