No Copies
KSC

ORIGINAL

W. Thomas Fagan
Kelvin H. Kaneshiro
Reinwald, O'Connor & Playdon LLP
Pacific Guardian Center – Makai Tower
733 Bishop Street, 24th Floor

Honolulu, HI 96813-4070
Telephone:   (808) 524-8350
Facsimile:   (808) 531-8628

Bruce N. Telles (pro hac vice)
John C. Conway (pro hac vice)
Berman & Aiwasian
725 South Figueroa Street, Suite 1050
Los Angeles, CA 90017
Telephone:   (213) 833-3200
Facsimile:   (213) 833-3230

Robert J. Romero (pro hac vice)
Hinshaw & Culbertson
244 Jackson Street, Suite 300
San Francisco, CA 94111
Telephone:   (415) 362-6000
Facsimile:   (415) 834-9070

Attorneys for Plaintiff and Counterclaim Defendant
PACIFIC EMPLOYERS INSURANCE COMPANY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2007

at 11 o'clock and 30 min. A/M
SUE BEITIA, CLERK
By

LODGED

APR 23 2007
3:40 pm Ag
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PACIFIC EMPLOYERS INSURANCE )
COMPANY, a California Corporation, )
)
          Plaintiff, )
)
     vs. )
)
SERVCO PACIFIC INC., a Hawaii )
Corporation; and ISLAND )
INSURANCE COMPANY, LTD., a )
Hawaii Corporation, )
)
          Defendants. )
)
_____ )
)
AND RELATED CROSS-ACTION. )
_____ )

CIVIL NO: CV01-00252 SPK-KSC

**STIPULATION AND
[PROPOSED] ORDER FOR
DISMISSAL AND ENTRY OF
FINAL JUDGMENT**


SCANNED

IT IS HEREBY STIPULATED AND AGREED by all parties hereto, by and through their respective counsel undersigned, as follows:

1) On June 13, 2003, the Court granted certain Motions for Summary Judgment filed by Defendants ISLAND INSURANCE COMPANY, LTD. ("ISLAND") and SERVCO PACIFIC INC. ("SERVCO"), and denied Plaintiff PACIFIC EMPLOYERS INSURANCE COMPANY's ("PEIC") Motions for Summary Judgment;

2) As a result of the above rulings, ISLAND was dismissed from this case, but certain claims and causes of action remained to be resolved between PEIC and SERVCO;

3) PEIC and SERVCO have since fully and finally settled all claims and causes of action that remained between them, including attorneys fees and costs;

4) All remaining claims and causes of actions herein between PEIC and SERVCO are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure;

5) PEIC and SERVCO are to bear their own attorneys fees and costs;

6) This Stipulation has been signed by all appearing parties;

7) There are no other claims or parties remaining in this matter; and

8) A Final Judgment, with prejudice, should be entered pursuant to: (a) Rule 58 of the Federal Rules of Civil Procedure; (b) the Order Granting In Part and

Denying In Part Motions for Summary Judgment filed herein on June 19,

2003; and (c) the Stipulation and Order for Dismissal and Final Judgment.

IT IS FURTHER REQUESTED that the Court enter FINAL JUDGMENT.

DATED: _April 23, 2007_

W. THOMAS FAGAN
Attorney for Plaintiff and Counterclaim
Defendant PACIFIC EMPLOYERS
INSURANCE COMPANY

DATED: _April 23, 2007_

MARGERY S. BRONSTER
Attorney for Defendant and Counterclaimant
SERVCO PACIFIC INC.

DATED: _MAR 0 5 2007_

ROY F. HUGHES
Attorney for Defendant and Counterclaimant
ISLAND INSURANCE CO. LTD.

## ORDER

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _26 April '07._

JUDGE OF THE ABOVE-ENTITLED COURT

3