AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

— DISTRICT OF HAWAII —

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation<br><br>Plaintiff(s),<br><br>V.<br><br>SERVCO PACIFIC INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 01-00252 SPK-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 27, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Rule 58 Federal Rules of Civil Procedure, Final Judgment with prejudice is entered pursuant to the "Order Granting in Part and Denying in Part Motions for Summary Judgment" filed on June 19, 2003; and the "Stipulation and Order for Dismissal and Entry of Final Judgment" filed on April 26, 2007.

cc: all counsel of record

| April 27, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |