```
HUGHES & TAOSAKA
Attorneys at Law
A Law Corporation

ROY F. HUGHES            1774-0
JAMES S. KAWASHIMA       5764-0
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, Hawaii  96813
Telephone:  (808) 526-9744
E-mail:   rhughes@hughestaosaka.com
          jkawashima@hughetaosaka.com

Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>　　　　Defendants. | CIVIL NO. CV01-00252 SPK-KSC<br><br>DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ROY F. HUGHES; EXHIBIT "1"; CERTIFICATE OF SERVICE<br><br>TRIAL:  May 22, 2007 |

PEIC\pldg\motion.attys fees

**DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S
MOTION FOR ATTORNEYS' FEES AGAINST
PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY**

Defendant Island Insurance Company, Ltd. ("Island"), by and through its attorneys, hereby moves this Honorable Court for an order granting attorneys' fees against Plaintiff Pacific Employers Insurance Company ("PEIC"). Island has incurred and requests an award of $78,472.00 in attorneys' fees and $2,959.60 in general excise taxes.

This motion is based on the attached memorandum, Declaration of Roy F. Hughes, exhibits, and the records and files contained herein. The Judgment in favor of Island was filed and entered on April 27, 2007. This motion is brought pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Rule 54.3 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and Section 607-14.5 of the Hawaii Revised Statutes ("HRS").

DATED:  Honolulu, Hawaii, May 10, 2007.

/s/ROY F. HUGHES_____
ROY F. HUGHES
JAMES S. KAWASHIMA
Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.