IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIVIL NO. CV01-00252 SPK-KSC<br>)<br>) |
| Plaintiff, | ) DECLARATION OF ROY F. HUGHES;<br>) EXHIBIT "1"<br>) |
| vs. | )<br>) |
| SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DECLARATION OF ROY F. HUGHES

I, ROY F. HUGHES, hereby declare:

1.  I am an attorney licensed to practice law before all courts in the State of Hawaii.

2.  I am a partner with Hughes & Taosaka, attorneys for Defendant Island Insurance Company, Ltd. in the above-captioned matter, and am competent to testify to and declare the matters herein.

3.  Attached hereto as Exhibit "1" are the itemized fees for attorneys expended in this case.

4.  The time and charges are set forth in Exhibit "1". The time spent and expenses incurred are necessary and reasonable under the circumstances. The hourly rates charged are less than the prevailing rate in the community.

I, ROY F. HUGHES, do declare under penalty of law that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, May 10, 2007.


/s/ROY F. HUGHES_____
ROY F. HUGHES