IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIVIL NO. CV01-00252 SPK-KSC ) ) ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | ) ) ) ) ) |
| Defendants. | ) ) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served Electronically via CM/ECF or by depositing the same in the U.S. mail, postage prepaid, upon the following persons at their last known address, as follows:

>W. THOMAS FAGAN, ESQ.
>KELVIN H. KANESHIRO, ESQ.
>Reinwald O'Connor & Playdon LLP
>2400 Makai Tower
>Pacific Guardian Center
>733 Bishop Street
>Honolulu, HI  96813
>   Email:   wtf@roplaw.com
>            khk@roplaw.com

BRUCE N. TELLES, ESQ. *(pro hac vice)*
JOHN C. CONWAY, ESQ. *(pro hac vice)*
725 South Figueroa Street
Suite 1050
Los Angeles, CA  90017

ROBERT J. ROMERO, ESQ. *(pro hac vice)*
244 Jackson Street
Suite 300
San Francisco, CA  94111

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY


MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
    Email:   mbronster@bchlaw.net
             rfujichaku@bchlaw.net

JAMES R. MURRAY, ESQ.
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007

Attorneys for Defendant
SERVCO PACIFIC, INC.


DATED:  Honolulu, Hawaii, May 10, 2007.


                    /s/ROY F. HUGHES_____
                    ROY F. HUGHES
                    JAMES S. KAWASHIMA
                    Attorneys for Defendant
                    ISLAND INSURANCE COMPANY, LTD.