BRONSTER CRABTREE & HOSHIBATA
A Law Corporation

| | |
|---|---|
| MARGERY S. BRONSTER | 4750 |
| REX Y. FUJICHAKU | 7198 |

2300 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone: 808-524-5644
Facsimile: 808-599-1881
mbronster@bchlaw.net
rfujichaku@bchlaw.net

Attorneys for Defendant
SERVCO PACIFIC INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawaiʻi corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaiʻi corporation,<br><br>    Defendants. | CIVIL NO. CV01-00252 SPK KSC<br><br>DEFENDANT SERVCO PACIFIC INC.'S STATEMENT OF NO POSITION REGARDING DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY, FILED MAY 10, 2007; CERTIFICATE OF SERVICE<br><br>Non-Hearing Motion |

DEFENDANT SERVCO PACIFIC INC.'S STATEMENT OF NO POSITION
REGARDING DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S
MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC
EMPLOYERS INSURANCE COMPANY, FILED MAY 10, 2007

Comes now Defendant Servco Pacific Inc. ("Servco"), by and trough its attorneys, Bronster Crabtree & Hoshibata, and hereby states that it takes no

position as to Defendant Island Insurance Company, Ltd.'s Motion for Attorneys' Fees Against Plaintiff Pacific Employers Insurance Company filed May 10, 2007.

This Statement of No Position is made pursuant to LR 7.4. of the Local Rules of Practice for the U.S. District Court for the District of Hawai'i.

DATED: Honolulu, Hawai'i, May 16, 2007.

          /s/ Rex Y. Fujichaku
          MARGERY S. BRONSTER
          REX Y. FUJICHAKU

          Attorneys for Defendant
          SERVCO PACIFIC INC.