IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SERVCO PACIFIC INC., a Hawai'i corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawai'i corporation,<br><br>Defendants. | CIVIL NO. CV01-00252 SPK KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses on May 16, 2007:

Served Electronically through CM/ECF:

    W. THOMAS FAGAN, ESQ.         wtf@roplaw.com
    KELVIN H. KANESHIRO, ESQ.    khk@roplaw.com
        Attorneys for Plaintiff
    PACIFIC EMPLOYERS INSURANCE COMPANY

    ROY F. HUGHES, ESQ.           rhughes@hughestaosaka.com
        Attorneys for Defendant
    ISLAND INSURANCE COMPANY, LTD.

<u>Served via First Class Mail or Hand Delivery:</u>

BRUCE N. TELLES, ESQ.
JOHN CONWAY, ESQ.
Berman & Aiwasian
725 South Figueroa Street, Suite 1025
Los Angeles, California 90017-1534

ROBERT J. ROMERO, ESQ.
Hinshaw & Culbertson
One California Street, 18th Floor
San Francisco, California 94111

    Attorneys for Plaintiff
    PACIFIC EMPLOYERS INSURANCE COMPANY

    DATED: Honolulu, Hawai'i, May 16, 2007.

                                            /s/ Rex Y. Fujichaku
                                          MARGERY S. BRONSTER
                                          REX Y. FUJICHAKU

                                          Attorneys for Defendant
                                          SERVCO PACIFIC INC.