HUGHES & TAOSAKA
Attorneys at Law
A Law Corporation

ROY F. HUGHES          1774-0
JAMES S. KAWASHIMA      5764-0
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, Hawaii  96813
Telephone: (808) 526-9744
E-mail:    rhughes@hughestaosaka.com
           jkawashima@hughetaosaka.com

Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, <br><br> Defendants. | CIVIL NO. CV01-00252 SPK-KSC <br><br> DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S STATEMENT OF CONSULTATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY; CERTIFICATE OF SERVICE <br><br> TRIAL: May 22, 2007 |

JSK\PEIC.Island\pldg\stmt consultation.motion attys fees

**DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S STATEMENT OF CONSULTATION IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY**

Defendant Island Insurance Company, Ltd. ("Island"), by and through its attorneys, hereby submits this Statement of Consultation in Support of its Motion for an order granting

attorneys' fees against Plaintiff Pacific Employers Insurance Company ("PEIC").  Island has incurred and requests an award of $78,472.00 in attorneys' fees and $2,959.60 in general excise taxes.

On May 21 and 22, 2007, undersigned counsel for movant Island conferred with W. Thomas Fagan, counsel for PEIC, and, after such consultation, was unable to reach an agreement with regard to the fee award.  As a specific result, it became Island's understanding that PEIC will oppose any award of fees based on the inapplicability of such awards for declaratory actions.  Island maintains that an award is proper for the reasons outlined in its motion and supporting memorandum.

This Statement is submitted pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Rule 54.3 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and Section 607-14.5 of the Hawaii Revised Statutes ("HRS").

DATED:  Honolulu, Hawaii, May 23, 2007.

/s/ROY F. HUGHES_____
ROY F. HUGHES
JAMES S. KAWASHIMA
Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, | ) CIVIL NO. CV01-00252 SPK-KSC<br>)<br>)<br>) CERTIFICATE OF SERVICE |
|        Plaintiff, | )<br>) |
|    vs. | )<br>) |
| SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, | )<br>)<br>)<br>) |
|       Defendants. | )<br>) |

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served Electronically via CM/ECF or by depositing the same in the U.S. mail, postage prepaid, upon the following persons at their last known address, as follows:

        W. THOMAS FAGAN, ESQ.
        KELVIN H. KANESHIRO, ESQ.
        Reinwald O'Connor & Playdon LLP
        2400 Makai Tower
        Pacific Guardian Center
        733 Bishop Street
        Honolulu, HI  96813
            Email:    wtf@roplaw.com
                          khk@roplaw.com

BRUCE N. TELLES, ESQ.*(pro hac vice)*
JOHN C. CONWAY, ESQ. *(pro hac vice)*
725 South Figueroa Street
Suite 1050
Los Angeles, CA  90017

ROBERT J. ROMERO, ESQ. *(pro hac vice)*
1 California Street
Suite 1800
San Francisco, CA  94111-5419

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY


MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
      Email:    mbronster@bchlaw.net
                rfujichaku@bchlaw.net

JAMES R. MURRAY, ESQ.
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007

Attorney for Defendant
SERVCO PACIFIC, INC.


DATED:  Honolulu, Hawaii, May 23, 2007.



                    /s/ROY F. HUGHES_____
                    ROY F. HUGHES
                    JAMES S. KAWASHIMA
                    Attorneys for Defendant
                    ISLAND INSURANCE COMPANY, LTD.




2