```
HUGHES & TAOSAKA
Attorneys at Law
A Law Corporation

ROY F. HUGHES              1774-0
JAMES S. KAWASHIMA         5764-0
1001 Bishop Street
Suite 900, Pauahi Tower
Honolulu, Hawaii  96813
Telephone:  (808) 526-9744
E-mail:    rhughes@hughestaosaka.com
           jkawashima@hughetaosaka.com

Attorneys for Defendant
ISLAND INSURANCE COMPANY, LTD.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation, <br><br> Defendants. | CIVIL NO. CV01-00252 SPK-KSC <br><br> NOTICE OF WITHDRAWAL OF DEFENDANT ISLAND INSURANCE COMPANY, LTD.'S MOTION FOR ATTORNEYS' FEES AGAINST PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY FILED MAY 10, 2007; CERTIFICATE OF SERVICE <br><br> TRIAL:  May 22, 2007 |

JSK\PEIC.Island\pldg\wdraw.motion attys fees

**NOTICE OF WITHDRAWAL OF DEFENDANT ISLAND
INSURANCE COMPANY, LTD.'S MOTION FOR ATTORNEYS' FEES AGAINST
PLAINTIFF PACIFIC EMPLOYERS INSURANCE COMPANY FILED MAY 10, 2007**

Defendant Island Insurance Company, Ltd. ("Island"), by and through its attorneys, Hughes & Taosaka, hereby withdraws

its Motion for Attorneys' Fees Against Plaintiff Pacific Employers Insurance Company, filed May 10, 2007.

      DATED:  Honolulu, Hawaii, May 30, 2007.

```
                              /s/ROY F. HUGHES_____
                              ROY F. HUGHES
                              JAMES S. KAWASHIMA
                              Attorneys for Defendant
                              ISLAND INSURANCE COMPANY, LTD.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY, a California Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>SERVCO PACIFIC, INC., a Hawaii Corporation; and ISLAND INSURANCE COMPANY, LTD., a Hawaii Corporation,<br><br>          Defendants. | ) CIVIL NO. CV01-00252 SPK-KSC<br>)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served Electronically via CM/ECF or by depositing the same in the U.S. mail, postage prepaid, upon the following persons at their last known address, as follows:

```
        W. THOMAS FAGAN, ESQ.
        KELVIN H. KANESHIRO, ESQ.
        Reinwald O'Connor & Playdon LLP
        2400 Makai Tower
        Pacific Guardian Center
        733 Bishop Street
        Honolulu, HI  96813
            Email:   wtf@roplaw.com
                     khk@roplaw.com
```

```
BRUCE N. TELLES, ESQ.(pro hac vice)
JOHN C. CONWAY, ESQ. (pro hac vice)
725 South Figueroa Street
Suite 1050
Los Angeles, CA  90017

ROBERT J. ROMERO, ESQ. (pro hac vice)
1 California Street
Suite 1800
San Francisco, CA  94111-5419

Attorneys for Plaintiff
PACIFIC EMPLOYERS INSURANCE COMPANY


MARGERY S. BRONSTER, ESQ.
REX Y. FUJICHAKU, ESQ.
2300 Pauahi Tower
1001 Bishop Street
Honolulu, HI  96813
    Email:    mbronster@bchlaw.net
              rfujichaku@bchlaw.net

JAMES R. MURRAY, ESQ.
1001 Fourth Avenue
Suite 4000
Seattle, WA  98154-1007

Attorney for Defendant
SERVCO PACIFIC, INC.
```

DATED:  Honolulu, Hawaii, May 30, 2007.


                    /s/ROY F. HUGHES_____
                    ROY F. HUGHES
                    JAMES S. KAWASHIMA
                    Attorneys for Defendant
                    ISLAND INSURANCE COMPANY, LTD.